479 A.2d 1145

Commonwealth v. Humphrey, Appellant.

Appeal of G. William Bills, Jr.

610

Argued February 7, 1984. John J. Dean, for appellant; Charles W. Johns, for participating party.

Before BROSKY, OLSZEWSKI and JOHNSON, JJ.

Judgment of sentence reversed and case remanded for further proceedings consistent with this opinion.